UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

| | | |
|---|---|---|
| Charles E. Raad, | ) | |
| Plaintiff, | ) | Civil Action No. 8:12-cv-385 DKC |
| | ) | |
| v. | ) | |
| | ) | |
| Micromet, Inc., *et al.* | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Charles E. Raad hereby voluntarily dismisses this action in its entirety and without prejudice. Defendants have not filed an answer or a motion for summary judgment. Accordingly, this action may be dismissed without an order of the Court.

2.

Dated: April 30, 2012

Respectfully submitted by:

*/s/ Thomas J. Minton*
Thomas J. Minton (MD Bar No. 03370)
GOLDMAN & MINTON, P.C.
1500 Union Avenue, Suite 2300
Baltimore, MD 21211
Phone: (410) 783-7575
Fax: (410) 783-1711
Email: tminton@charmcitylegal.com

And

Bull & Lifshitz, LLP
Joshua M. Lifshitz
18 E. 41st St., 11th Floor
New York, NY 10017
Phone: (212) 213-6222
Fax: (212) 213-9405
Email: jml.bull.lifshitz@verizon.net

*Attorneys for Plaintiff Charles E. Raad*

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2012 a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL** was served via electronic transmission in accordance with FED. R. CIV. P. 5(a) and Local Rule 102.1(c) on counsel listed below:

> Brendan J. Hughes
> COOLEY LLP
> 777 6th Street, NW, Suite 1100
> Washington, D.C. 20001-3703
> Tel: (202) 842-7826
> Fax: (202) 842-7899
> Email: bhughes@cooley.com
>
> *Attorney for Defendant Micromet, Inc.*
>
> G. Stewart Webb, Jr.
> VENABLE LLP
> 750 E. Pratt Street, Suite 900
> Baltimore, MD 21202
> Tel: (410) 244-7565
> Fax: (410) 244-7742
> Email: gswebb@venable.com
>
> Adam S. Paris
> SULLIVAN & CROMWELL LLP
> 1888 Century Park East
> Los Angeles, CA 90067-1725
> Tel: (310) 712-6663
> Fax: (310) 712-8800
> Email: parisa@sullcrom.com
>
> *Attorneys for Defendant Amgen Inc.*

/s/ Thomas J. Minton
Thomas J. Minton (MD Bar No. 03370)
GOLDMAN & MINTON, P.C.
1500 Union Avenue, Suite 2300
Baltimore, MD 21211
Phone: (410) 783-7575
Fax: (410) 783-1711
Email: tminton@charmcitylegal.com

*Attorneys for Plaintiff Charles E. Raad*